169 A.3d 970

ALLSTARS AUTO GROUP, INC., APPELLANT-PETITIONER,
v. NEW JERSEY MOTOR VEHICLE COMMISSION,
RESPONDENT. AND OTHER RELATED CASES.

June 2, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–1470–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is granted.

169 A.3d 970

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. TERRANCE D. HARRIS, A/K/A SHAKEEL DAWUD, DAVID HARRIS, AND TERRIN HARRIS, DEFENDANT-PETITIONER.

June 2, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–005694–13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.